

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-13-00453-CV

**Iris Williams**

**v.**

**Wells Fargo Home Mortgage, Inc.**

NO. 12-DCV-196050 IN THE 268TH DISTRICT COURT OF FORT BEND COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| RPT RECORD | $157.50 | 08/08/2013 | PAID | ANT |
| MT FEE | $10.00 | 08/01/2013 | NOT PAID | PRO SE |
| FILING | $175.00 | 07/22/2013 | PAID | ANT |
| CLK RECORD | $59.00 | 06/26/2013 | PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $401.50.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this February 12, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**